IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Boggs Transport, Inc., <br><br> Plaintiff/Counter-Defendant, <br><br> v. <br><br> American Materials Company, LLC; and Georgia Stone Products, LLC, <br><br> Defendants/Counterclaimants. | Civil Action No. 4:22-cv-04136-JD <br><br> **DECLARATION OF ALEXANDER M. BULLOCK** |

I, Alexander M. Bullock, hereby declare the following:

1. The facts set forth in this affidavit are made upon personal knowledge for use in the captioned case.

2. I am over the age of majority, suffering from no known disabilities and am otherwise competent to testify to the matters stated herein.

3. I certify that Plaintiff has been informed via letter and e-mail that (a) it may not proceed without counsel, (b) its counsel must be admitted in this district, and (c) it may be held in default or have its claims dismissed if it fails to obtain replacement counsel within a reasonable time.

4. Plaintiff was asked whether it will consent to this motion but has not received consent nor any objection to the request to withdraw.

5. Plaintiff has been provided a copy of this motion and counsel explained that Plaintiff has the right to object to this motion to withdraw, informed Plaintiff of the date the motion would be filed, informed Plaintiff that any response must be received by the court within

2

seventeen (17) days of the filing date and advised Plaintiff that the response must be filed by counsel.

      6.      In addition, counsel has provided Plaintiff with a list of recommendations for qualified replacement counsel that are admitted to practice in the District of South Carolina.

      7.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This the 24th day of July 2023.

                                                       /s/ Alexander M. Bullock  
                                                     Alexander M. Bullock